IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VINCE MARTINEZ and LUCY MARTINEZ, Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELER'S INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | 8:17-CV-433<br><br>ORDER |

IT IS ORDERED:

1. The parties' joint Stipulation to Remand and Dismiss (filing 8) is approved.

2. This case is remanded to the District Court for Scotts Bluff County, Nebraska.

3. Upon remand the plaintiffs shall have 20 days in which to file an amended complaint.

4. The plaintiffs shall reimburse the defendant the $250 transfer fee within 20 calendar days of remand.

5. The Clerk of the Court is directed to transmit this case without delay.

Dated this 22nd day of December, 2017.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge